**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MAAN YOUSEF,** | ) | **CASE NO. 4:04CV1359** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **WALTER COMEDY, et al.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the report and recommendation of Magistrate Judge George J. Limbert. (Dkt. #136).

On July 19, 2004, Plaintiff filed a *pro se* Complaint alleging, *inter alia*, violations of the Racketeer Influenced and Corrupt Organization Act ("RICO"), violations of the Fair Debt Collection Practices Act ("FDCPA"), and various state law claims. (Dkt. #1). The case *sub judice* was referred to Magistrate Judge George J. Limbert for general pre-trial supervision, including all motions. (Dkt. #6). Plaintiff filed an Amended Complaint on March 21, 2005, clarifying the facts supporting his RICO claim. (Dkt. #90). On December 9, 2005, the Magistrate Judge issued a report recommending that Plaintiff's federal claims be dismissed for failure to state a claim upon which relief can be granted. (Dkt. #136). The report further recommended that the Court decline to exercise jurisdiction over Plaintiff's state law claims. (Dkt. #136). On January 23, 2006, Plaintiff filed objections to the Magistrate's

recommendations. (Dkt. #144, 147).

The Court has reviewed the report and recommendation of the Magistrate Judge, *de novo*. The Court finds that the report and recommendation (Dkt. #136) is well-supported and that Plaintiff's objections are without merit. Therefore, the Magistrate Judge's report and recommendation is hereby **ADOPTED** and Plaintiff's objections are overruled.

Accordingly, Plaintiff's federal claims are hereby **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. (Dkt. #s 99, 103, 106-107). Furthermore, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Plaintiff's motions for default are **DENIED** as **MOOT**. (Dkt. #s 101-102). Plaintiff's motion for partial summary judgment is **DENIED** as **MOOT**. (Dkt. #s113, 119). Plaintiff's motion for approval of an affidavit, motion for a stipulated dismissal, motion for recusal of counsel, motion for a case management conference, and motion for rulings from the Court are all **DENIED** as **MOOT**. (Dkt. #s 113, 118-120, 124, 132-134). Finally, all remaining pending motions are **DENIED** as **MOOT**. (Dkt. #s 137, 140, 141, 145, 148, 151, 154).

**IT IS SO ORDERED**.

        **/s/ Peter C. Economus - February 16, 2006**
        **PETER C. ECONOMUS**
        **UNITED STATES DISTRICT JUDGE**